# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LETICIA L. ESTEVEZ-PALMER (01)<br><br>　　　　　　　　　　Defendant. | Case No. 15CR1628-AJB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

__ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

**X** the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

　　CT 1 - 21:952 and 960 - Importation of Methamphetamine
　　CT 2 - 21:952 and 960 - Importation of Cocaine

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/8/2016

　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　United States District Judge